# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | | | |
|---|---|---|---|
| Ronald Prior | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:15-cv-832-CRS |
| | ) | | |
| Trans Union, LLC | ) | | |
| *Defendants* | ) | | |
| | ) | | |

### Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendant Trans Union, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. Once finalized, this settlement resolves Plaintiff's claims in this case.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com