# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

RONALD PRIOR,  
        Plaintiff,

v.

TRANS UNION, LLC,  
        Defendant.

CASE NO. 3:15-cv-00832-CRS

**ELECTRONICALLY FILED**

Judge Joseph Charles R. Simpson, III

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald Prior, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Ronald Prior against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Ronald Prior and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.